(October 29, 1951.)

Louis Appelbaum, Appellant, v. Frieda Appelbaum, Respondent.—

Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.